Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

Harrisonburg Division

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 24 2020

JULIA C. DUDLEY, CLERK
BY: /s/
      DEPUTY CLERK

Karl Lentz

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Robert Sheetz

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)  Case No.  5:20-CV-00005 *(to be filled in by the Clerk's Office)*
)
)
)  Jury Trial:  *(check one)*  ☒ Yes  ☐ No
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Karl Lentz |
   | Street Address | PO BOX 542 |
   | City and County | STUARTS DRAFT |
   | State and Zip Code | VA. 24477 |
   | Telephone Number | 540.245.0318 |
   | E-mail Address | COURTOFRECORD@GMAIL.COM |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name                               ROBERT SHEETZ
    Job or Title *(if known)*      OWNER
    Street Address            5700 SIXTH AVENUE
    City and County          ALTOONA
    State and Zip Code      PA. 16602
    Telephone Number     (800) 487-5444
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Karl Lentz, is a citizen of the State of *(name)* VIRGINIA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Robert Sheetz, is incorporated under the laws of the State of *(name)* Pennsylvania, and has its principal place of business in the State of *(name)* Pennsylvania.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$440,000,000.00 , four hundred and forty million Dollars, one-million dollars per day for everyday i have been falsely accused of stealing brown liquid, also known as coffee, from a SHEETZ BROS COFFEE gas station,in Stuarts Draft VA.

this amount is proper and just so as to have the Defendant made aware that he cannot have a man arrested and imprisoned for accepting a free coffee on his birthday than having that man arrested and put into Jail

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

i went to their store in Staurts Draft , VA. on my Birthday OCTOBER 20TH, 2018,  i told the employee at the counter that it was my birthday and i asked if it was ok to have a free cup of coffee  i have been a steady customer for MANY YEARS  and have spent Tens-of Thousands of Dollars at there various Locations, i have received 100s if not thousands of FREE COFFEE  over the years, i never thought i would be arrested and sent off to jail for accepting what i thought was a gift, on my birthday, now i may get arrested hundreds of more times because they have videos that will show i walked out with coffee ,without any indication of a purchase of it on their cash register reciepts

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1). That SHEETZ BROS COFFEE INC. agree to NEVER call the police to report free coffee, as STOLEN EVER again, if there is a dispute, they are to settle the dispute over whether or not the coffee was free through a CIVIL process as opposed to a TERRIFYING CRIMINAL PROCEEDING [ police coming to a man's farm around 12 A.M. on a SUNDAY MORNING terrifying all the residence and animals ; to allow police to issue WARRANTS for their arrests; mugshots ;finger prints; numerous courtroom appearances; thousands spent on legal fees, etc...

the amount is fair and just as i , for approx. 16 to 18 months i have begged with SHEETZ CORP. Attorney on the phone and i also DROVE my truck from VA to PA, TWICE to reachout to the owners of SHEETZ, to ask them to please try to understand the situation, and if i owed them some money i was more than willing to pay them the .86 CENTS for any or EVERY time i received FREE COFFEE, because the FARM that i tend to needs me to be available 24/7 and i cannot afford to go to jail for a SILLY dispute over a FREE Coffee, i have approx 4 phone call recordings with the SHEETZ ATTORNEY CHRISTINE [BINDER] i believe in the claims dept and she condosendeningly refused to help , she refused to send me the video VOLUNTARILY , she told me to go get a SUBPEONA , summons or warrant to MAKE or FORCE SHEETZ do it, BUT SHEETZ did send VIDEOS TO THE COMMONWEALTH ATTORNEYS [ i would not be surprised if they did it WITHOUT a WARRANT OR SUPEONA, these Videos WERE NOT USED IN COURT TO PROVE THAT I STOLE ANYTHING, In violation of VIRGINIA SUPREME COURT RULE 3A:11 DISCOVERY OF EXCULPATORY EVIDENCE , which i DEMANDED to the Judge to make them show the VIDEO and none of the SHEETZ EMPLOYEES at trial aided in my request to please lets just look at the video

(2) and to pay for the damages , for SHEETZ OUTRAGEOUS BEHAVIOR , it is also called the TORT OF OUTRAGE as this has caused immence stress to myself (56 years-old with NO CRIMINAL RECORD of robbing anyone) and to my friends and family

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/24/2020

Signature of Plaintiff

Printed Name of Plaintiff  Karl Lentz

### B. For Attorneys

Date of signing:

Signature of Attorney