CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

9/1/2020

JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KARL LENTZ, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:20-cv-5 |
| | ) |
| v. | ) |
| | ) By:   Michael F. Urbanski |
| ROBERT SHEETZ, | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

## DISMISSAL ORDER

On January 24, 2020, plaintiff Karl Lentz filed a complaint against defendant Robert Sheetz. ECF No. 1. On July 21, 2020, the court ordered Lentz to show cause as to why this case should not be dismissed from the docket of the court for lack of prosecution, requiring a response by August 4, 2020. ECF No. 4. No response has been filed since.

Accordingly, it is **ORDERED** that this matter is **DISMISSED without prejudice** in its entirety for lack of prosecution and **STRICKEN** from the active docket of this court.

Entered: August 31, 2020

Michael F. Urbanski
Chief U.S. District Judge
2020.08.31 16:35:55 -04'00'

Michael F. Urbanski
Chief United States District Judge